**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 09-7388

ROBERT CARSWELL,

Petitioner - Appellant,

v.

TERRY O'BRIEN, Warden, USP Lee,

Respondent - Appellee.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. James C. Turk, Senior District Judge. (7:09-cv-00191-jct-mfu)

Submitted: November 17, 2009          Decided: November 24, 2009

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Robert Carswell, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Carswell seeks to appeal the district court's order dismissing his 28 U.S.C. § 2241 (2006) petition for a writ of habeas corpus without prejudice for failure to comply with the filing fee order. On appeal, we confine our review to issues raised in the Appellant's brief. <u>See</u> 4th Cir. Rule 34(b). Carswell's brief fails to challenge the district court's dispositive conclusion that he failed to pay the filing fee for his § 2241 petition. Accordingly, we affirm the order of the district court. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid in the decisional process.

<u>AFFIRMED</u>